```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION
```

TEFFIN C. GOSS, II                                         PETITIONER

VS.                                   CIVIL ACTION NO.  3:13-CV-825-DCB-MTP

ARCHIE LONGLEY                                             RESPONDENT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation of United States Magistrate Judge Michael T. Parker should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the Petitioner's petition for writ of habeas corpus should be dismissed without prejudice for failure to exhaust available administrative remedies.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the   15th   day of September, 2014.

```
                              s/ David Bramlette
                         UNITED STATES DISTRICT JUDGE
```